UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
In Re:                                                          Chapter 13
Abraham Fogel & Channie Fogel                                   Index No.
_____x

## DEBTORS PLAN UNDER CHAPTER 13

1. Debtor(s) hereby submit(s) all present and future earnings to the supervision and control of the Trustee and agree(s) to pay the Trustee the sum of $36.00 per month for a period of 36 months plus tax refunds in the approximate amount of $1,000.00 each for two years.

2. The trustee shall make disbursements as follows:

a. Full payment in deferred cash payments of all filed claims entitled to priority under 11 USC  507.

b. Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

   (i)     Arrears to be paid by the Trustee inside the Chapter 13 plan
   (ii) Current secured payments made outside the plan,

c. Pro-rata with dividends to secured creditors, dividends to unsecured creditors whose claims are allowed.


3. (a)  Debtor(s) hereby assume(s) the following executory contracts: n/a

   (b)  The following executory contracts of the debtor(s) are hereby rejected:  any contract remaining executory.

4. The property of the estate shall re-vested in the debtor(s) on confirmation of this plan.


Plan Date: 7/1/08

                                            /s/ Abraham Fogel
                                            Abraham Fogel

                                            /s/ Channie Fogel
                                            Channie Fogel