B23 (Official Form 23) (12/10)

# United States Bankruptcy Court
## Southern District of New York

In re: ABRAHAM FOGEL / CHANY FOGEL, Debtor(s)

Case No. **08-36436**
Chapter **13**

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

■ I, **CHANY FOGEL**, the debtor in the above-styled case, hereby certify that on **08/29/2011**, I completed an instructional course in personal financial management provided by **A 24/7 Bankruptcy Class, Inc**, an approved personal financial management provider.

Certificate No. (if any): **03844NYSDE015893391**.

☐ I, ____, the debtor in the above-styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box.]*:

☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);

☐ Active military duty in a military combat zone; or

☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: **/s/ CHANY FOGEL**
**CHANY FOGEL**

Date: **September 15, 2011**

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 60 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B23 (Official Form 23) (12/10)

# United States Bankruptcy Court

Southern District of New York

In re __chany Fogel__  
Debtor

Case No __0836436__  
Chapter __13__

### DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☑ I, __chany Fogel__ the debtor in the above-styled case, hereby certify that on __8/29/2011__ I completed an instructional course in personal financial management provided by __Start Fresh Today Instructional__, an approved personal financial management provider.

Certificate No. (if any): __03844-NYS-DE-015893391__

☐ I, _____ the debtor in the above-styled case, hereby certify that no personal financial management course is required because of [Check the appropriate box ]:

☐ Incapacity or disability, as defined in 11 U S C § 109(h);

☐ Active military duty in a military combat zone; or

☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses

Signature of Debtor: _chany Fogel_

Date: __8/29/11__

*Instructions*. Use this form only to certify whether you completed a course in personal financial management (Fed R. Bankr P. 1007(b)(7)) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case

*Filing Deadlines*: In a chapter 7 case, file within 60 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code (See Fed. R. Bankr. P 1007(c).)

Certificate Number: 03844-NYS-DE-015893391

Bankruptcy Case Number: 08-36436


03844-NYS-DE-015893391

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 29, 2011</u>, at <u>3:33</u> o'clock <u>PM EDT</u>, <u>Chany Fogel</u> completed a course on personal financial management given <u>by internet</u> by <u>Start Fresh Today Instructional, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Southern District of New York</u>.

Date: <u>August 29, 2011</u>    By: <u>/s/Connie Endick</u>

Name: <u>Connie Endick</u>

Title: <u>Customer Service Manager</u>